**RECEIVED**

MAR 2 9 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LOUISIANA CRAWFISH PRODUCERS ASSOCIATION – WEST, ET AL. | CIVIL ACTION NO. 6:10-CV-0348 |
| VERSUS | JUDGE REBECCA DOHERTY |
| AMERADA HESS CORPORATION, ET AL. | MAGISTRATE JUDGE HANNA |

\* to be filed in all related cases

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment [Doc. 546] is DENIED as defendants are not entitled to judgment as a matter of law.

**THUS DONE AND SIGNED** on this 29th day of March, 2015, in Lafayette, Louisiana.